UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LANDRUM JONES, | No. C 05-2536 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| JAMES YATES, warden, | |
| Respondent. | |

This action has been at a standstill while petitioner tried to take an interlocutory appeal. This court denied a certificate of appealability and then the Ninth Circuit denied a certificate of appealability, thereby ending the appeal in July 2006. The case file has not returned from the Ninth Circuit, however.

Meanwhile, petitioner filed a "request to file additional supplementation to federal habeas corpus petition." It is not clear what petitioner wants to file, e.g., whether he wants to present new claims, whether he wants to present further argument in support of existing claims, whether he wants to submit exhibits, or whether he wants to do something else. The court will not decide whether to permit the "supplementation" until it sees it.

Petitioner must file and serve on respondent's counsel his "supplementation" no later than **March 2, 2007**. Petitioner must explain in the filing what his "supplementation" is and explain why the "supplementation" is being filed at this late date, more than a year after his traverse was filed. The deadline to file the "supplementation" will not be extended.

IT IS SO ORDERED.

DATED: January 27, 2007

Marilyn Hall Patel
United States District Judge